Main Menu     PayStubs

# PayStubs

Pay History | **Pay Stub Details** | PayStub Comparison

Print

< Previous PayStub    Pay Date: 06/22/2017 ▼    Next PayStub >

Montefiore Medical Center
111 East 210th Street
Bronx, NY 10467-2490
718-920-4321

KARLENE E GAYLE

| | | Pay Advice # | 0001340600045 |
|---|---|---|---|
| Employee ID | 13406 | Period Begin Date | 06/04/2017 |
| Department | 015002 - NURS MANAGERS | Period End Date | 06/17/2017 |
| Base Pay Rate | $65.1282 | Pay Frequency | Bi-weekly |

▼ Expand All   ► Collapse All

| | State Codes | W-4 Withholding Information | | Allowances | | Additional Amounts | |
|---|---|---|---|---|---|---|---|
| ► Taxes | | Rate | Hours | # of Hours YTD | Current Period | | YTD |
| ► Earnings | | | | | Current Period | | YTD |
| ► Pre-Tax Deductions | | | | | Current Period | | YTD |
| ► Taxes | | | | | Current Period | | YTD |
| ► After-Tax Deductions | | | | | Current Period | | YTD |
| Net Pay | | | | | $2,866.93 | | $37,268.71 |
| Total Net Pay : | | | | | | | |

Other Information

► Type

| | Current Period | YTD |
|---|---|---|
| ► Pay Summary | | |

< Previous PayStub    Next PayStub >

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.    Hide Screen    Privacy Policy | Terms and Conditions

