UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X

In re:                                                                Case No. 17-46983 (ESS)

Karlene Evadne Gayle,                                     Chapter 7

        Debtor.

-------------------------------------------X

# NOTICE OF MOTION AND MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 707(b)(1) AND (3)

**NOTICE IS HEREBY GIVEN** that a hearing on the United States Trustee's motion to dismiss this Chapter 7 case pursuant to 11 U.S.C. § 707(b)(1) and (3) (the "Motion") will be heard before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on Mary 3, 2018 at 9:30 a.m., at the Conrad B. Duberstein Courthouse, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201. The United States Trustee seeks dismissal of the case pursuant to 11 U.S.C. § 707(b)(1) and (3). The Motion is based on the Memorandum of Law and the Declaration of Janease Clarke Oliver concurrently filed.

**NOTICE IS FURTHER GIVEN** that any responses to the Motion shall be filed with the Court and served on the United States Trustee, 201 Varick Street, Suite 1006, New York NY 10014, Attention: Marylou Martin, Trial Attorney, so as to be received no later than seven days prior to the hearing date. Responsive papers shall state, in writing, the factual grounds upon which the relief sought is opposed and the legal authorities that support the respondent's position, either in the response or in a memorandum of law. Failure to provide this information may be grounds to strike the response or to grant the

- 2 -

Motion by default.


Dated: New York, New York
      April 4, 2018

                    WILLIAM K. HARRINGTON
                    UNITED STATES TRUSTEE

By:   */s/ Marylou Martin*
       Marylou Martin
       Trial Attorney
       201 Varick Street, Suite 1006
       New York, NY 10014
       Tel. No. 212-510-0500
       Fax No. 718.422.4990